IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

DIGITAL PAYMENTS LLC, ET AL.                                              PLAINTIFFS

VS.                                                    CIVIL ACTION NO. 2:25-CV-3-KS-MTP

DEPARTMENT OF BANKING &
CONSUMER FINANCE                                                           DEFENDANT

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on January 16, 2025, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that

1. Plaintiff Schneider's Motion for Leave to Proceed in forma pauperis [2] is hereby DENIED;

2. Plaintiffs are hereby given fourteen (14) days from the date of this Order to pay all of the costs associated with the filing of this lawsuit; and

3. Should Plaintiffs fail to timely pay all of the costs associated with the filing of this lawsuit, this matter will be dismissed without prejudice and without further notice.

The Court also observes that the February 14, 2025 deadline to obtain counsel and the February 21, 2025 deadline to amend Plaintiffs' complaint, as established by Magistrate Judge Parker's January 16, 2025 Order [4], have come and gone without any action by Plaintiffs. Plaintiffs are advised that their failure to meet these deadlines, coupled with a failure to pay all of

the costs associated with this lawsuit, will result in the dismissal of this action without prejudice and without further notice.

      SO ORDERED, this the 24th day of February, 2025.

                                                 /s/ Keith Starrett
                                            UNITED STATES DISTRICT JUDGE